NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPONEX CORPORATION,**
*Plaintiff-Appellant*

**v.**

**ELECTRONICS FOR IMAGING, INC.,**
*Defendant-Appellee*

---

2015-1178

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 3:13-cv-00384-wmc, Judge William M. Conley.

---

**JUDGMENT**

---

HARRY E. VAN CAMP, DeWitt Ross & Stevens S.C., Madison, WI, argued for appellant. Also represented by JOSEPH T. LEONE.

MICHAEL JOHN VON LOEWENFELDT, Kerr & Wagstaffe, LLP, San Francisco, CA, argued for appellee. Also represented by KEVIN CLUNE, IVO LABAR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* DYK and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| October 16, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |